IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CORY COLLINS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   **CAUSE NO. 06-1020-WDS** |
| | ) |
| **ASTRAZENECA** | ) |
| **PHARMACEUTICALS LP.** | ) |
| | ) |
| **Defendant.** | ) |

### O R D E R

**STIEHL, District Judge:**

    The Court **GRANTS** defendant's Motion to stay all proceedings in this Court pending transfer to multidistrict litigation proceeding 1769 (Doc. 5), and the above-captioned case is hereby **STAYED** pending transfer by the MDL panel. In the event this case is not transferred, the parties shall file a status report with this Court no later than May 1, 2007.

    **IT IS SO ORDERED.**

    **DATED: January 24, 2007.**


                                              **s/ WILLIAM D. STIEHL**
                                                  **DISTRICT JUDGE**